UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE MEAKINGS GROUP
INTERNATIONAL, LTD., et al.,

    Plaintiffs,

v.                                        Case No. 8:08-cv-105-T-30TGW

T. FOSTER & ASSOC. and
THOMAS B. FOSTER,

    Defendants.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #18). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal With Prejudice (Dkt. #18) is approved.
2. This cause is dismissed with prejudice, with each party to bear their own attorney's fees and costs.
3. All pending motions are denied as moot.
4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 26, 2009.

                                         JAMES S. MOODY, JR.
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-105.dismissal 18.wpd